# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| IN RE:  NOS COMMUNICATIONS<br>MDL No. 1357 | ) | Master File No. CV-S-01-0861-LDG-(PAL) |
| ―――――――――――――――― | )<br>) | Civil Action No. 2:00-CV-01465-LDG-LRL |
| CTA RESEARCH CORP., on behalf of itself<br>and all others similarly sitatuted, | )<br>)<br>) | **ORDER ON PLAINTIFF**<br>**CTA RESEARCH CORP.'S MOTION TO** |
| Plaintiff, | )<br>) | **COMPEL RESPONSES TO**<br>**PLAINTIFF'S FIRST SET OF** |
| v. | )<br>)<br>) | **INTERROGATORIES AND REQUESTS**<br>**FOR PRODUCTION TO DEFENDANT**<br>**AFFINITY NETWORK, INC. d/b/a** |
| AFFINITY NETWORK, INC. d/b/a<br>QUANTUMLINK COMMUNICATIONS,<br>INC. | )<br>)<br>) | **QUANTUMLINK COMMUNICATIONS** |
| Defendant. | )<br>)<br>) | |
| ―――――――――――――――― | ) | |

Plaintiff CTA Research Corporation's motion to compel responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents to Defendant Affinity Network, Inc. d/b/a QuantumLink Communications came on for hearing before the Honorable Lloyd D.

George on November 22, 2010, at 2:00 p.m. in the United States District Court for the District of Nevada, located at 333 S. Las Vegas Boulevard, Las Vegas, Nevada.

Pursuant to Federal Rule of Civil Procedure 37, Plaintiff seeks an order compelling Defendant to provide full and complete responses to Plaintiff's Interrogatory No.'s 1 through 22, inclusive, and Requests for Production No.'s 4 through 6, inclusive. Plaintiff contends that the information it seeks is relevant to its Truth-in-Billing claim, 47 C.F.R. § 64.2401, in that it seeks information that is reasonably calculated to lead to the discovery of admissible evidence relating to damages that do not run afoul of the filed-rate doctrine. Specifically, Plaintiff requests that Defendant state with specificity each of the provisions of its filed tariff that are implicated by telephone calls of differing durations made at different times to different locations as reflected in its Interrogatories. Plaintiff further contends that as presently constituted, Defendant's responses are incomplete, evasive, and otherwise insufficient.

Defendant counters that Plaintiff's motion should be denied because Plaintiff seeks discovery for a claim that is not asserted in its Complaint. Alternatively, Defendant contends that its responses are nevertheless sufficient because they refer Plaintiff to the filed tariff, which speaks for itself. Specifically, Defendant contends that the tariff contains all of the information that Plaintiff seeks and Defendant is legally barred from providing any additional, different or alternative terms or interpretations.

The matter having been argued orally and submitted, the Court **ORDERS** as follows:

Plaintiff's motion to compel Defendant to provide further discovery responses is GRANTED (No.'s 199 and 207 in 2:01-cv-00861). Defendant is ordered to provide further, complete answers to Plaintiff's First Set of Interrogatories, Interrogatory No.'s 1 through 22, inclusive, and to Plaintiff's First Set of Requests for Production of Documents, Request No.'s 4

2

through 6, inclusive, and produce all non-privileged documents requested not later than (30) days

from the date of entry of this order.

DATED this _3_ day of ___Dec___, 2010

_____
Honorable Lloyd D. George
United States District Judge

By:      ____/s/_____
         Brian S. Umpierre (CA Bar No. 236399)
         *Admitted Pro Hac Vice*
         Jenelle Welling (CA Bar No. 209480)
         *Admitted Pro Hac Vice*
         Robert S. Green (CA Bar No. 136183)
         *Admitted Pro Hac Vice*

         GREEN WELLING, P.C.
         595 Market Street, Suite 2750
         San Francisco, CA 94105
         Telephone: (415) 477-6700
         Facsimile: (415) 477-6710
         nv.uscourts@classcounsel.com

         D. Chris Albright
         ALBRIGHT, STODDARD, WARNICK & ALBRIGHT
         801 S. Rancho Drive, Building D
         Las Vegas, NV 89106
         Telephone: (702) 384-7111
         Facsimile: (702) 384-0605