# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: NOS COMMUNICATIONS MDL No. 1357 | Case No. 2:01-cv-00861-LDG (PAL) |

**ORDER**

THE COURT **HEREBY ORDERS** that, for each action that remains pending before this Court in this MDL, the plaintiff(s) and defendant(s) to that pending action shall jointly file a case status report not later than thirty days from the date this Order is entered. The Court requests that, as part of the status report, the parties shall identify any proceedings or scheduling they believe necessary to efficiently bring this multi-district litigation to a close.

DATED this ___8___ day of September, 2011.

_____
Lloyd D. George
United States District Judge