# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NOS COMMUNICATIONS, MDL No. 1357 | Case No. 01-cv-0861-LDG (PAL) |
| HUDSON CAPITAL PARTNERS,<br>　　Plaintiff,<br>v.<br>NOS COMMUNICATIONS, INC.,<br>　　Defendant. | Case No. 2:00-cv-1216-LDG (VCF)<br>**ORDER** |

By Order Entered and Served September 8, 2011, (#219), the Court ordered that, for each action that remains pending in this MDL, the parties file a joint case status report. Though the docket does not reflect that the action initiated by Hudson Capital Partners has been dismissed or otherwise closed, the parties to that litigation failed to file a joint status report.

Subsequently, by Order Entered and Served November 10, 2011, the Court ordered that Hudson Capital Partners show cause, within thirty days, why this action should not be

dismissed for want of prosecution.  The Court notified the plaintiff that its failure to timely show cause could result in this matter being dismissed.

Hudson Capital Partners has not shown cause why this matter should not be dismissed for want of prosecution.  Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED for want of prosecution.

DATED this _21_ day of December, 2011.

_____
Lloyd D. George
United States District Judge

2