# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NOS COMMUNICATIONS, <br><br> MDL No. 1357 <br><br> OMNIPURE FILTER COMPANY, <br><br>        Plaintiff, <br><br> v. <br><br> NOS COMMUNICATIONS, INC., <br><br>        Defendant. | Case No. 2:01-cv-0861-LDG (PAL) <br><br><br> Case No. 2:00-cv-1283-LDG (VCF) <br><br> **ORDER** |

     By Order Entered and Served September 8, 2011, (#219), the Court ordered that, for each action that remains pending in this MDL, the parties file a joint case status report. Though the docket does not reflect that the action initiated by Omnipure Filter Company has been dismissed or otherwise closed, the parties to that litigation failed to file a joint status report.

     Subsequently, by Order Entered and Served November 10, 2011, the Court ordered that Omnipure Filter Company show cause, within thirty days, why this action should not be dismissed for want of prosecution.  The Court notified the plaintiff that its failure to timely show cause could result in this matter being dismissed.

1    Omnipure Filter Company has not shown cause why this matter should not be

2    dismissed for want of prosecution.  Accordingly,

3

4    THE COURT **ORDERS** that this matter is DISMISSED for want of prosecution.

5

6    DATED this ____ day of December, 2011.

7

8                                                        Lloyd D. George
9                                                        United States District Judge

2