# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NOS COMMUNICATIONS, MDL No. 1357 | Case No. 2:01-cv-0861-LDG (PAL) |
| CTA RESEARCH CORP., <br>     Plaintiff, <br> v. <br> AFFINITY NETWORK, INC., d/b/a QUANTUMLINK COMMUNICATIONS, INC., <br>     Defendant. | Case No. 2:00-cv-1465-LDG (VCF) <br><br> **ORDER** |

In September 2011, the Court ordered the parties to file a joint status report and to address any proceedings or scheduling they believe is necessary to efficiently bring to close the pre-trial proceedings of this matter, which was transferred to this Court as part of a multi-district litigation. The parties filed a joint status report in October.

The plaintiff indicated that it anticipated taking a deposition and possibly, depending upon the fruits of that deposition, bringing a motion to compel further responses to discovery sometime in November, 2011. The plaintiff indicated its belief that resolution of

1  such discovery matters was required before its experts could formulate an appropriate
2  damages model and plaintiff could move for class certification.
3       The defendant indicated its belief that it should be permitted to file a motion for
4  summary judgment to dismiss the plaintiff's remaining claim.  The defendant further
5  asserted its belief that there is no discovery that plaintiff could obtain that could establish
6  that plaintiff has a claim for damages that survived the Ninth Circuit's 2007 decision in this
7  matter.
8       Subsequent to the joint status report, the plaintiff has neither moved to compel any
9  further discovery nor moved to certify a class, or otherwise indicated that it is prepared to
10 defend a motion for summary judgment.  Accordingly, in an effort to efficiently complete the
11 pre-trial proceedings, the Court will hold a scheduling conference.  In anticipation of the
12 hearing, the Court requests that the parties be prepared to recommend dates for discovery
13 cut-off, expert disclosures, rebuttal expert disclosures, for the filing of dispositive motions,
14 and (if plaintiff deems appropriate) for the filing of a motion to certify a class.
15      Therefore, for good cause shown,
16      THE COURT **ORDERS** that this matter is set for a scheduling conference on
17 Thursday, March 8, at 9:00 a.m., in Courtroom 6B.

DATED this ___17___ day of February, 2012.

_____
Lloyd D. George
United States District Judge

2