1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **DISTRICT OF NEVADA**

9

10 | IN RE: NOS COMMUNICATIONS,              Case No. 2:01-cv-0861-LDG (PAL)

11 | MDL No. 1357

12 | CTA RESEARCH CORP.,

13 |        Plaintiff,                       Case No. 2:00-cv-1465-LDG (VCF)

14 | v.                                      **ORDER**

15 | AFFINITY NETWORK, INC., d/b/a
   | QUANTUMLINK COMMUNICATIONS,
16 | INC.,

17 |        Defendant.

18

19         In September 2011, the Court ordered the parties to file a joint status report and to

20 address any proceedings or scheduling they believe is necessary to efficiently bring to

21 close the pre-trial proceedings of this matter, which was transferred to this Court as part of

22 a multi-district litigation.  The parties filed a joint status report in October.

23         The plaintiff indicated that it anticipated taking a deposition and possibly, depending

24 upon the fruits of that deposition, bringing a motion to compel further responses to

25 discovery sometime in November, 2011.  The plaintiff indicated its belief that resolution of

26

1  such discovery matters was required before its experts could formulate an appropriate

2  damages model and plaintiff could move for class certification.

3       The defendant indicated its belief that it should be permitted to file a motion for

4  summary judgment to dismiss the plaintiff's remaining claim.  The defendant further

5  asserted its belief that there is no discovery that plaintiff could obtain that could establish

6  that plaintiff has a claim for damages that survived the Ninth Circuit's 2007 decision in this

7  matter.

8       Subsequent to the joint status report, the plaintiff has neither moved to compel any

9  further discovery nor moved to certify a class, or otherwise indicated that it is prepared to

10 defend a motion for summary judgment.  Accordingly, in an effort to efficiently complete the

11 pre-trial proceedings, the Court will hold a scheduling conference.  In anticipation of the

12 hearing, the Court requests that the parties be prepared to recommend dates for discovery

13 cut-off, expert disclosures, rebuttal expert disclosures, for the filing of dispositive motions,

14 and (if plaintiff deems appropriate) for the filing of a motion to certify a class.

15      Therefore, for good cause shown,

16      THE COURT **ORDERS** that this matter is set for a scheduling conference on

17 Thursday, March 8, at 9:00 a.m., in Courtroom 6B.

18

19  DATED this ____ day of February, 2012.

20                                                   _____

21                                                   Lloyd D. George
                                                     United States District Judge

22

23

24

25

26