(SPACE BELOW FOR FILING STAMP ONLY)

Jordan T. Smith, NV Bar No. 12097
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:  (702) 949-1100
Facsimile:  (702) 949-1101
Attorneys for
NETWORK, INC. D/B/A QUANTUMLINK
COMMUNICATIONS, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

IN RE: NOS COMMUNICATIONS
MDL No. 1357

| | |
|---|---|
| CTA RESEARCH CORP., on behalf of itself and all others similarly situated,, | Master File No.. CV-S-01-0861-LDG-(PAL<br>Civil Action No. 2:00-CV-01465-LDG-LRL |
| Plaintiff, | |
| vs. | |
| AFFINITY NETWORK, INC. d/b/a QUANTUMLINK COMMUNICATIONS, INC., | |
| Defendant. | |

## SUBSTITUTION OF ATTORNEY

Defendant Affinity Network, Inc. d/b/a QuantumLink Communications, Inc. hereby substitutes Jordan T. Smith, Esq. of the law firm of McCormick, Barstow, Sheppard, Wayte & Carruth as attorney and local counsel of record in place and stead of Pamela R. Lawson of the law offices of Pamela R. Lawson and C. Stanley Hunterton of the law firm Hunterton & Associates.

Dated: February _____, 2012          By: _____
                                         AFFINITY NETWORK, INC. d/b/a
                                         QUANTUMLINK COMMUNICATIONS,
                                         INC.

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

00003/00168-1870686.v1

1  I consent to the above substitution:

2  Dated: February 24, 2012

By: /s/ Pamela R. Lawson
Pamela R. Lawson
Law Offices of Pamela R. Lawson
7251 W. Lake Mead Blvd., Ste. 300
Las Vegas, NV 89128

7  Dated: February ____, 2012

By: _____
C. Stanley Hunterton
Hunterton & Associates
333 S. Sixth St.
Las Vegas, NV 89101

11  ...

12  ...

13  ...

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

00003/00168-1870686.v1

2

1  I consent to the above substitution:

2  Dated: February _____, 2012           By: _____
3                                              Pamela R. Lawson
                                            Law Offices of Pamela R. Lawson
4                                           7251 W. Lake Mead Blvd., Ste. 300
                                                Las Vegas, NV 89128
5

6
7  Dated: ~~February~~ MARCH 5th, 2012    By: _____
                                                C. Stanley Hunterton
8                                               Hunterton & Associates
                                                  333 S. Sixth St.
9                                               Las Vegas, NV 89101

10

11  ...

12  ...

13  ...

14

...

28

1  I am duly admitted to practice in this District.
2  The above substitution is accepted.
3
4  Dated: ~~February~~ March 6, 2012    By: _____
                                              Jordan T. Smith
5                                         McCormick, Barstow, Sheppard, Wayte &
                                                        Carruth
6                                          8337 West Sunset Road, Suite 350
                                                  Las Vegas, NV 89113
7
8                                          APPROVED:
9
10 Dated: March 9, 2012                    By: _____
11                                              UNITED STATES DISTRICT JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

00003/00168-1870686.v1                              3