# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NOS COMMUNICATIONS MDL No. 1357. | Case No. 2:01-cv-00861-LDG |
| | **ORDER CLOSING MDL** |
| THIS DOCUMENT RELATES TO ALL CASES | |

All matters in this Multidistrict Litigation proceeding have concluded.  Therefore,

THE COURT **ORDERS** that this Multidistrict Litigation proceeding is **CLOSED** and removed from the Court's docket.

THE COURT **DIRECTS** the Clerk to file a copy of this Order Closing MDL in the Master file, Case No. 2:01-cv-0861-LDG, and it shall apply to each member case previously transferred to, removed to, or filed in this district.

DATED this 20 day of July, 2012.

_____
Lloyd D. George
United States District Judge